## FIRST DISTRICT.

Northern Trust Company et al., appellees, v. Marguerite Cook et al., defendants. Roy D. Keehn, appellant. Gen. No. 38,772.

Opinion filed February 28, 1938.

W. M. Keeley, for appellant. Judah, Reichmann, Trumbull, Cox & Stern, for appellees; Arthur M. Cox and Randolph Thornton, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Reliable Manufacturing Company, appellee, v. Vaughan Novelty Manufacturing Company, appellant. Gen. No. 39,703.

Opinion filed February 28, 1938. Rehearing denied March 14, 1938.

Frederick C. Jonas and J. J. Cooke, for appellant; Edgar A. Jonas, of counsel. Arthur J. Goldberg and Edward A. Gorenstein, for appellee; Arthur J. Goldberg, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

John J. Van Der AA, appellant, v. Gerrit Eenigenburg and Pietertje Eenigenburg, appellees. Gen. No. 39,816.

Opinion filed February 28, 1938.

Bradburn & Dammann, for appellant. Markman, Donovan & Sullivan, for appellees; John A. O'Neil, of counsel.

Mr. Justice McSurely delivered the opinion of the court.